

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-18-00325-CV

**IN THE INTEREST OF S.S. AND S.S., CHILDREN**,

From the County Court, Jim Wells County, Texas
Trial Court No. 16-08-56366-CV
Honorable Michael Ventura Garcia, Judge Presiding

## O R D E R

This is an accelerated appeal of a May 16, 2018 order terminating the parental rights of appellant mother K.E. and appellant father M.S. The appeal must be disposed of by this court within 180 days from the date notice of appeal was filed. TEX. R. JUD. ADMIN. 6.2. The father M.S.'s notice of appeal was filed in the trial court on May 15, 2018. The mother K.E.'s notice of appeal was filed in the trial court on June 5, 2018. The appellate record was complete on July 5, 2018, making the appellants' briefs due to be filed in this court no later than July 25, 2018. The mother K.E.'s appellant's brief was timely filed on July 25, 2018. However, neither the appellant's brief nor a motion for extension of time has been filed by appellant father M.S. It is therefore ORDERED that appellant father M.S. show cause in writing **within ten (10) days** from the date of this order why his appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 28.4(a)(1), 38.8(a)(1).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court